IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G.B., a minor, by and through his parent and natural guardian, SUSANNA H., | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 17-551 |
| v. | : : | |
| EASTON AREA SCHOOL DISTRICT, | : : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 29th day of August, 2017, after considering the administrative record, the defendant's motion for summary judgment and on the administrative record (Doc. No. 13), the plaintiffs' motion for judgment on the administrative record (Doc. No. 14), the parties' responses in opposition (Doc. Nos. 15, 16), and the plaintiffs' supplemental brief (Doc. No. 20); and after hearing oral argument on the parties' cross motions on August 15, 2017; accordingly, and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendant's motion for summary judgment and on the administrative record (Doc. No. 13) is **GRANTED**;

2. The plaintiffs' motion for judgment on the administrative record (Doc. No. 14) is **DENIED**;

3. Judgment is **ENTERED** in favor of the defendant, Easton Area School District; and

4. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.